DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WINSTON CALDER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-1084

[October 6, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Edward Harold Merrigan, Judge; L.T. Case No. 08-001448CF10A.

Winston Calder, Crestview, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and DAMOORGIAN, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***